UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAMON QUIROZ-SALTOS,
BLANCA QUIROZ,**

      **Plaintiffs,**

v.                                                       Case No. 6:25-cv-422-CEM-NWH

**HILTON GRAND VACATIONS,
INC.,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Arbitrate Claims Pursuant to the Parties' Arbitration Agreement ("Motion," Doc. 8), to which Plaintiffs filed a Response (Doc. 9). The United States Magistrate Judge issued a Report and Recommendation (Doc. 27), recommending that the Motion be granted, (*id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 27) is **ADOPTED** and made a part of this Order.

2. Defendant's Motion to Arbitrate Claims Pursuant to the Parties' Arbitration Agreement (Doc. 8) is **GRANTED**.

3. **On or before November 15, 2025**, Plaintiff shall initiate arbitration.

4. Also **on or before November 15, 2025** and **every 180 days thereafter**, Plaintiff shall file a report as to the status of arbitration with the Court.

5. This case is otherwise **STAYED** pending the outcome of arbitration.

6. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 15, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record